1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

**United States District Court**
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

JAMES FRANKLIN WILLIAMS,     )      No. C 05-3745 MMC (PR)
                             )
          Plaintiff,       )      **ORDER OF TRANSFER**
                             )
   v.                    )
                             )
G.J. GIURBINO, Warden,       )      **(Docket No. 3)**
                             )
          Defendant.     )
_____  )

Plaintiff, a prisoner incarcerated at Centinela State Prison ("Centinela") in Imperial,

California and proceeding pro se, filed the above-titled civil action, alleging  Centinela

officials are violating prison rules and state health and safety laws by the manner in which they

are conducting their cell feeding procedures.

Venue may be raised by the district court sua sponte where the defendant has not filed a

responsive pleading and the time for doing so has not run.  See Costlow v. Weeks, 790 F.2d

1486, 1488 (9th Cir. 1986).  When jurisdiction is not founded solely on diversity, venue is

proper in (1) the district in which any defendant resides, if all of the defendants reside in the

same state; (2) the district in which a substantial part of the events or omissions giving rise to

the claim occurred, or a substantial part of the property that is the subject of the action is

situated; or (3) a judicial district in which any defendant may be found, if there is no district in

which the action may otherwise be brought.  See 28 U.S.C. § 1391(b).  When venue is

**United States District Court**
For the Northern District of California

1  improper, the district court has the discretion to either dismiss the case or transfer it "in the

2  interest of justice."  See 28 U.S.C. § 1406(a).

3       It is clear from the complaint and the attachments thereto that plaintiff's claims all arise

4  out of actions alleged to have been committed at Centinela by individuals employed at

5  Centinela.  Centinela is located in Imperial County, which, in turn, is within the venue of the

6  Southern District of California.  See 28 U.S.C. § 84(d).

7       Accordingly, in the interest of justice, the above-titled  action is hereby

8  TRANSFERRED to the United States District Court for the Southern District of California.  In

9  light of the transfer, this Court will defer to the Southern District with respect to plaintiff's in

10  forma pauperis application.

11       This order terminates Docket No. 3 on this Court's docket.

12       The Clerk shall close the file.

13       IT IS SO ORDERED.

14

15  DATED: October 27, 2005

16  _____
    MAXINE M. CHESNEY
17  United States District Judge

18

19

20

21

22

23

24

25

26

27

28